IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TYRAFRED CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>LT. TERRY MOYE; and GEORGIA STATE PRISON,<br><br>    Defendants. | CIVIL ACTION NO.: 6:19-cv-14 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 10. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendant Moye in his official capacity and all claims against Georgia State Prison. Plaintiff's Eighth Amendment claim against Defendant Moye in his individual capacity remains pending. Doc. 11.

**SO ORDERED**, this 7th day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA