IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TYRAFRED CAMPBELL, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-14 |
| v. | |
| LT. TERRY MOYE, | |
| Defendant. | |

### ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 33. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **GRANTS as unopposed** Defendant's Motion for Summary Judgment. However, this case shall remain open for consideration of punitive and nominal damages.

**SO ORDERED**, this 16th day of February, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA